SUPREME COURT BUILDING
201 W 14th St. ROOM 106
P.O. BOX 12308
AUSTIN, TEXAS 78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 19 2015

Abel Acosta, Clerk

TO: MS. ABEL ACOSTA                    DATE: 3/18/15

DEAR CLERK:
THIS IS A RESPONSE TO THE MARCH 12, 2015 ORDER EXPLAINING WHY I, MILTON SEYMORE JR. DID NOT RESPOND TO THE JULY 9, 2014 COURT ORDER. THE COURT ORDER WAS NOT SIGNED (OR) STAMPED, IT'S JUST WAS A PRINTOUT OFF THE COMPUTER. ON APRIL 23, 2014 (2) LETTER'S AND (2) WRIT OF HABEAS CORPUS 11.07 WAS SENT OUT TO THE COURTS. (1) WENT TO THE DISTRICT COURT OF HARRIS COUNTY AND THE OTHER (1) WENT TO TX. COURT OF CRIMINAL APPEALS AND I NOTIFY THEM IN THE LETTER THAT MY WRIT HAD BEEN (TAMPER) WITH THE LETTER AND WRIT WAS RETURNED IT WAS STAMPED BY COURT MAY 6, 2014 SAYING THEY RECEIVED IT IN THE COURT OF CRIMINAL APPEALS AND SIGNED BY MS. ABEL ACOSTA THE CLERK PLEASE REVIEW THE ABOVE LETTER AND OTHER

LETTERS AND PETITIONS THAT WAS SENT IN TO COURT OF CRIMINAL APPEALS ON JULY 7, 2014, AUGUST 25, 2014, AND NOVEMBER 24, 2014 THEY WAS NOT SENT BACK NOR WAS THEY RESPONDED TO. ACCORDING TO RECORDS THAT JUDGE JAG SIGNED AND STAMPED FROM THE DISTRICT COURT OF HARRIS COUNTY TRIAL COURT CASE NO.# 1053259 WAS DISMISS MAY 18, 2011. ALSO THE INNOCENCE PROJECT OF TEXAS SAID THE CASE # 1053259 NEVER EXISTED FROM A LETTER RECEIVED NOVEMBER 9, 2010. I AM AWAITING ON (EMERGENCY RELIEF) DO TO THE ABOVE A HEARING IS NEEDED.

AWAITING
YOUR RESPONSE

Milton Seymore Jr.
ALFRED D. HUGHES
RT. 2, BOX 4400
GATESVILLE, TX. 76597